**Order filed February 12, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00039-CV

_____

## IN RE JERRY VENEGAS

**Original Mandamus Proceeding**

### O R D E R

Relator, Jerry Venegas, has filed in this court an emergency motion for temporary relief in conjunction with an original mandamus proceeding. These matters relate to a first amended motion to transfer venue in a petition to modify parent-child relationship filed in Cause No. B-124,983 in the 446th District Court of Ector County, Texas. Relator complains that the Honorable Sara Kate Billingsley has a ministerial duty to transfer venue of the petition to modify to Harris County where the child resides, but has failed to rule on the motion to transfer venue and has set a hearing for February 13, 2020, on the real party in interest's motion for temporary orders. Pursuant to Texas Rule of Appellate Procedure 52.10(b), this court grants the motion for temporary relief and hereby orders that the temporary

orders hearing scheduled for February 13, 2020, is temporarily stayed pending further order of this court or final disposition of this mandamus proceeding.

Furthermore, pursuant to Texas Rule of Appellate Procedure 52.4, this court requests that a response to Relator's petition for writ of mandamus be filed on or before February 24, 2020.

PER CURIAM

February 12, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.